IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RABO AGRIFINANCE, INC., et al                                                                PLAINTIFFS

Vs.                              CASE NO.   2:05cv00328 JMM

FIRST BANK OF THE DELTA, NA                                                                DEFENDANT

ORDER

Due to a scheduling conflict, the court trial scheduled November 13, 2007, is canceled.  The court trial will be reset by separate order.

IT IS SO ORDERED this 5th day of November, 2007.

                AT THE DIRECTION OF THE COURT

                JAMES W. McCORMACK
                CLERK OF COURT

                By  /s/ Donna Jackson
                      Deputy Clerk