### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

RABO AGRIFINANCE, INC., et al                    PLAINTIFFS

vs.                  CASE NO.   2:05cv00328 JMM

FIRST BANK OF THE DELTA, NA                  DEFENDANT

### ORDER OF DISMISSAL

      Having been notified that a settlement has been reached in this matter following a settlement conference before Magistrate Judge J. Thomas Ray, the Court finds that this case should be dismissed.   The bench trial scheduled June 9, 2008, is canceled.

      The complaint and all claims in this action are hereby dismissed with prejudice.

      The Court retains complete jurisdiction for sixty (60) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

      IT IS SO ORDERED this 6th day of March, 2008.

                                                            UNITED STATES DISTRICT JUDGE